UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60096-CIV-SEITZ/O'SULLIVAN

ANGELO SKULAS,

    Plaintiff,

vs.

KEITH LOISELLE, et al,

    Defendants.

and

PNC BANK, N.A.
200 East Broward Boulevard
Fort Lauderdale, FL 33301,

    Garnishee.
_____/

## MOTION FOR WRIT OF GARNISHMENT

Plaintiff, ANGELO SKULAS, moves for the issuance of a writ of garnishment, and as grounds therefor says:

1. Plaintiff obtained a judgment against defendant in the above-styled court for the sum of $1,100,000.00 which remains unpaid.

2. Plaintiff does not believe that defendant possesses visible property upon which a levy can be made sufficient to satisfy the judgment.

3. Plaintiff has reason to believe that the above-named Garnishee, PNC BANK, has in its possession or control goods or money belonging to Defendant, CDL MEDICAL TECH, INC.

4. The property or thing sought to be garnished is not (a) wages for personal labor or services due to the head of a family; (b) the cash surrender value of life insurance policies issued upon the lives of citizens or residents or (c) disability income benefits due under any policy or

1

contract of life, health, accident or other insurance.

_____
M. DANIEL HUGHES, ESQ.
Attorney for Plaintiff
3000 North Federal Highway
Building Two South, Suite 200
Fort Lauderdale, FL  33306
Telephone:    (954) 566-3390
Facsimile:    (954) 561-1244
Florida Bar  No. 296147