UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60096-CIV-SEITZ/O'SULLIVAN

ANGELO SKULAS,

    Plaintiff,

vs.

KEITH LOISELLE, et al,

    Defendants,

and

PNC BANK, N.A.
200 East Broward Boulevard
Fort Lauderdale, FL 33301,

    Garnishee.
_____/



## WRIT OF GARNISHMENT

THE STATE OF FLORIDA

    TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA:

    YOU ARE COMMANDED to summon garnishee, PNC BANK, N.A. (Please serve the President, Vice President, Secretary, Treasurer or any other officer authorized by law), to serve an answer to this Writ of M. DANIEL HUGHES AND ASSOCIATES, P.A., Plaintiff's Attorney, whose address is 3000 North Federal Highway, Building Two South, Fort Lauderdale, Florida 33306 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendant, CDL MEDICAL TECH, INC., at the time of the answer or was indebted at the time of the service of the writ, or at any time between such times, and in what sum and

what tangible and intangible personal property of the defendant the garnishee has in his possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may have any of the property of the defendant in his possession or control. The amount set in plaintiff's motion is $1,100,000.00.

WITNESS my hand and seal of this Court on FEB 10 2010.

STEVEN M. LARIMORE
As Clerk of the Court

BY: _____
Deputy Clerk