UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60096-CIV-SEITZ/O'SULLIVAN

ANGELO SKULAS,

        Plaintiff,

v.

KEITH LOISELLE, *et al.*,

        Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report and Recommendation issued by the Honorable John O'Sullivan, United States Magistrate Judge [DE-95]. In the Report and recommendation, Magistrate Judge O'Sullivan recommends that the Motion for Writ of Garnishment [DE-78] be denied as moot and the Writ of Garnishment [DE-79] issued by the Clerk be dissolved. Neither side has filed objections to the Report and Recommendation. Having carefully reviewed, *de novo*, Magistrate Judge O'Sullivan's Report and Recommendation and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE-95] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's Motion for Writ of Garnishment [DE-78] is DENIED AS MOOT;

(3) The Writ of Garnishment [DE-79] is hereby DISSOLVED; and

(4) This case remains CLOSED.

DONE and ORDERED in Miami, Florida, this 4th day of May, 2009.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record